# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| | Case No. 18-10108 |
| James Durward Griffey | Arthur I. Harris |
| Debtor(s) | **MOTION TO WITHDRAW AS COUNSEL** |

Now comes Robert E. Dintaman, counsel for James Durward Griffey, Debtor, and hereby respectfully requests that this court allow the undersigned counsel to withdraw from the above captioned matter. Debtor and I see this matter differently, and Debtor wishes to proceed in a direction that counsel does not feel is in his best interests and the mutual trust required of an attorney client relationship has broken down to the point where counsel no longer feels that he can in good faith represent Debtor. Debtor has filed a Motion to Convert his Chapter 13 case on his own without the assistance of counsel and continues to proceed on his own with consulting or communicating with counsel. Counsel has made numerous attempts to contact Debtor; however, Debtor has failed to communicate with counsel making effective representation impossible.

Additionally, as stated Debtor has proceeded to file his own pleadings in this matter, currently a motion to convert his chapter 13 to a chapter 7, without the assistance of undersigned counsel and represent himself.

Plaintiff is aware of counsel's position and has been apprised of all-important dates in his case.

**WHEREFORE,** counsel for Plaintiff cannot proceed in good faith, and as it is Plaintiff's desire to seek additional counsel, counsel respectfully requests that he be allowed to withdraw.

/s/Robert E. Dintaman
Robert E. Dintaman #0069555
Robert E. Dintaman, Esq., LLC
14837 Detroit Ave., #340
Lakewood, OH 44107
Ph: (216) 287-5583
Fax: (440) 348-2347
Email: redjresq2004@yahoo.com

## SERVICE

I hereby certify that on May21, 2019 a true and correct of this Motion to Continue was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Edward A. Bailey on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
bknotice@reimerlaw.com

Robert E. Dintaman on behalf of Debtor James Durward Griffey
notices@UpRightLaw.com, redjresq2004@yahoo.com

Robert E. Dintaman, Jr. on behalf of Debtor James Durward Griffey
redjresq2004@yahoo.com, gatorone2003748@aol.com;dintamanrr80616@notify.bestcase.com

Mark R. Lembright on behalf of Creditor Freedom Mortgage Corporation
mlembright@alaw.net

Alan J. Treinish
alan@treinishlpa.com, atreinish@ecf.axosfs.com

And the following listed creditors below via regular U.S. Mail, 1st class, postage prepaid, in the attached creditor's list.

/s/Robert E. Dintaman
Robert E. Dintaman

AmeriCredit/GM Financial
Po Box 183853
Arlington, TX 76096


AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096


Capital One
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130


Capital One
15000 Capital One Dr
Richmond, VA 23238


Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062


Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062


Credit Collections Services
Po Box 607
Norwood, MA 02062


Credit Collections Services
Po Box 607
Norwood, MA 02062


EOS-CCA
700 Longwater Dr.
Norwell, MA 02061


EOS-CCA
Po Box 981025
Boston, MA 02298

Felty & Lembright Co., LPA
c/o Adrienne Foster
1001 Lakeside Ave., Suite 1300
Cleveland, OH 44114


First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122


First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122


First Federal Credit & Collections
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122


First Federal Credit & Collections
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Freedom Mortgage Corp
Attn: Bankruptcy
Po Box 489
Mt Laurel, NJ 08054


Freedom Mortgage Corp
10500 Kincaid Dr
Fishers, IN 46037


GM Financial
P.O. Box 78143
Phoenix, AZ 85062

LVNV Funding/Resurgent Capital
Po Box 10497
Greenville, SC 29603


Ohio Department of Taxation
PO Box 2057
Columbus, OH 43270


St. Vincent Emergency Dept.
7005 Middlebrook Pike
Knoxville, TN 37909


TVG Network
 19545 NW Von Neumann Dr,
Beaverton, OR 97006


US Bank/Rms CC
Card Member Services
Po Box 108
St Louis, MO 63166


Verizon
Attn: Wireless Bankrupty Admin
500 Technology Dr Ste 500
Weldon Springs, MO 63304


Verizon
Po Box 650051
Dallas, TX 75265


Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909


Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909


Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909


Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909

Wordforest National Bank
8160 Macedonia Commons Blvd
Macedonia, OH 44056